United States District Court
Southern District of Texas

**ENTERED**

April 15, 2016

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARGARET  SCHUH and PAUL SCHUH | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 4:15-CV-2511 |
| | § | |
| METROPOLITAN LLOYDS INSURANCE | § | |
| COMPANY OF TEXAS, RACHEL | § | |
| ANDERSON, and MATTHEW CHISHOLM, | § | |
| | § | |
| Defendants. | | |

## ORDER OF DISMISSAL

Pursuant to the Joint Stipulation of Dismissal filed by the parties on April 7, 2016, it is

hereby

ORDERED that this case is dismissed with prejudice, each party to bear its own costs.

SIGNED at Houston, Texas, this 15th day of April, 2016.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE